Rosa Ramona Reyes, peticionaria, *v.* La Corte de Distrito de Humacao, Hon. R. Arjona Siaca, Juez, demandado.

No. 781.—*Sometido:* Julio 6, 1931. *Resuelto:* Julio 24, 1931.

*Fernando Gallardo,* abogado de la peticionaria; el juez demandado compareció en persona.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

El presente es un recurso de *certiorari* interpuesto por Rosa Ramona Reyes quejándose del procedimiento seguido por la Corte de Distrito de Humacao con motivo de su solicitud para que se le permitiera litigar *in forma pauperis.*

La peticionaria presentó su moción de insolvencia acompañada de un proyecto de demanda y de dos juramentos y la corte, el 27 de mayo último, decidió:

"Se concede a la demandante en este caso el beneficio de pobreza para litigar, pero se le impone la condición de que la diligencia del servicio del emplazamiento y de la notificación de la sentencia en su

día, si ésta fuere favorable, deberá también ser hecha por el Márshal de esta Corte, previo pago de los derechos correspondientes, excluyendo los del millaje."

El 23 de junio siguiente la peticionaria archivó en esta Corte Suprema su solicitud de *certiorari*. El auto fué expedido y diligenciado el 26 del propio junio, celebrándose la vista del recurso el 6 de julio actual.

La ley que rige en Puerto Rico sobre declaración de pobreza, es clara. Es la No. 17 de 1915. Por su sección 7 dispone:

" . . . . y si dicho juez juzgara suficiente en derecho la demanda, permitirá que se anote dicha demanda, por lo cual el demandante *tendrá derecho a todos los servicios de todos los funcionarios del Tribunal, y a todos los mandamientos y providencias del mismo, como si los derechos hubieran sido satisfechos* . . . . " (Itálicas nuestras.)

Bajo términos tan claros, no pueden imponerse limitaciones. Evidentemente el juez actuó sin autoridad al imponerlas en este caso y su resolución debe ser anulada, en tanto en cuanto limita el derecho concedido.